# United States District Court
# Northern District of Illinois

**RECEIVED**
AUG 06 2012
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Plaintiff: Alvin F. Jones

vs.

Defendants: Jim Edgar, George Ryan, Rod Blagojevich, Patrick Quinn, James Alie Washington, Donald Snyder, Roger E Walker, Salvador Godinez, George D. deTella ect.

12 C 6188
Judge Suzanne B. Conlon
Magistrate Judge Nan R. Nolan

## Complaint

42 U.S.C. 1983 State, defendants: Governors, I.S.A. The above defendant(s) in violation of Article V Section 8 State Constitution. In violation of The U.S. 5th Amendment; 14th Amendment.

## Nature And Cause of Action

The Illinois Department of Correction is defying and misapplying stated law, creating their own subjunctive rules and regulations by applying mandatory supervised release as an after thought after 100% of the petitioner's set sentence has been served, violating the petitioners constitutional rights.

1

I Federal Jurisdiction

a civil action arising under the United States Constitution or federal law.

II. Parties

A. Plaintiff

Full name: Alvin F. Jones
Prison Identification number: B32786
Current address: Western Correctional Center 2500 RTe 99 South MT. Sterling IL 62353

B. Defendants Article V Section 8 Supreme Executive Power:
 1. full name: Rod Blagojevich

 Current Job Title: Impeach Governor of the State of Illinois

 Current Work Address: Federal Prison

Defendant Article V Section 8 supreme executive Power:
 2.
 Full name: George Ryan

 Current Job Title: Governor of the State of Illinois

 Current Work address: Federal Prison

2

Defendant 3. I Federal Jurisdiction

Article V section 8 supreme executive Power

Full Name: Gov Patrick Quinn

Current Job Title: Governor of State of Illinois

Current Work Address: 207 State House Springfield, IL 62706

Defendant 4. I.S.A.

Full name: Roger E Walker Jr.

Current Job Title: Director: Department of Corrections:

Current Work Address: 1301 Concordia CT Po Box 19277. Springfield IL 62794-9277

Phone (217) 522-2666

Denfendant 5. I.S.A.

Full name: Donald Snyder

Current Job Title: Director: Department of Corrections

Current Work Address: 1301 Concordia CT Po Box 19277 Springfield IL 62794-9277

III Litigation History

A. [NO] federal Lawsuits. In District Court Prior or Currently.

B. [NO] federal Lawsuits. In District Court Prior or Currently.

1 Federal Jurisdiction

C. Defendants

6. Article V section 8 supreme executive Power

Full Name: Jim Edgar

Current Job Title: Governor

Current Work Address: 207 State House Springfield, IL 62706    freedom information Act.

D. Defendant
I.S.A.

7. Full Name: James Odie Washington

Current Job Title: IDoc Director

Current Work Address: Illinois Department of Correction, 1301 Concordia CT. Po Box 19277

3.

Continues

1 Federal Jurisdiction

E.

Defendant

8.

I.S.A.

Full name: Salvador Godinez

Current Job Title: IDOC Director

Current Work Address: Illinois Department of Correction, 1301 Concordia CT. Po Box 19277

F.

Defendant   I.S.A.

9.

Full name: George D. deTella

Current Job Title: Warden

Current Work Address: Stateville Correctional Ctr. Stateville, PO 112 Joliet, IL 60434

3

C. If your answer to B is yes, how many? ~~0~~ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _____ ~~0~~ _____

2. Basic claim made _____ ~~0~~ _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____ ~~0~~ _____

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☐ No ☑

Hon. Harry D. Leinenweber
N.D. Ill, 2012

If your answer is no, explain why not __Court Jurisdiction  U.S. ex rel Carroll vs Hathaway__
__False Imprisonment Complaint.__

C. Is the grievance process completed? Yes ☐ No ☑

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Stateville NRC, Joliet Corr Ctr, Western Corr Ctr

Date(s) of the occurrence: 1) 3/15/1994 To 11/19/1996  2) 5/17/2001 To 7/21/2005  3) 4/2/2001 To 4/2/2019

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

Page 1

[Cause of Action]

Entering IDOC Case number 91CC6613830 / Arm Robbery Class X Sentence 6yrs 50 Percent Day for Day Credit 3yrs Maxout on 3/15/1994. Entering Date: 5/1/92 Max Date 3/15/94 6 Mths Credit for good behavior. No disciplinary infractions; The Parole Board Appointed by The Gov Jim Edgar Extended my sentence by Adding 3yrs MSR after Maxout on 3/15/1994 Physically incarcerated. I found myself violated under the U.S. Constitution and The Illinois Constitution due process Clause violated Double Jeopardy Clause violated and seperation of power Clause Violated. 3/15/1994 Maxout The MSR Misapplied Extending My Time until 11/16/96 I done 100 Percent of a 50 Percent Sentence Entered and order under Case number 91CC6613830. Gov: George Ryan, IDoc Director Donald Snyder,

Gov: Jim Edgar, IDoc Director James Odie Washington,

Gov: Pat Quinn, Director Roger E Walker Jr., Warden: George

DeTella, Director: Salvador Godinez, Rod Blagojevich

5

[Cause of Action]

Page 2

False Imprisonment Entering IDOC Case Number 97C66146901 on 1/23/1998 Max out on 5/17/2001 8yr sentence Markham Court House 50 Percent sentence Day for Day Credit A Day serve A Day Credit (4) yrs 3 MSR Extended My Sentence To 100 Percent which violated The Judge order 50 Percent sentence No disciplinary Tickets or infraction during incarceration. I Then where violated by The Prison Review Board Parole Board After Maxing out on 5/17/2001 for a Control Substance offence. The Parole Board violated me for a vett Hijacking which again I Max out on 5/17/2001 The parole Board subjected Me To double Jeopardy, Due process violation of my Civil Rights by Extending My sentence Term without Juridiction. Violating the Seperation of power Clause 5th 14th Amend Articl 1 & 2 of The State and federal Constitution. Gov: Rod Blagojevich Director: Roger E Walker Jr. The Warden of NRC Clinical Services: Parole Board of 2001 to 2005 violated My liberties by false imprisonment.

Note: 49 MTHs
False Imprisonment.

[ Cause of Action ]

Entering IDOC on 9-2-2001 Case number 01cr615060I Veh Hijacking sentence 29yr Day for Day 50 percent 14½ to serve 11yr 6 mths to serve in physical incaration 3yrs Msr under supervise release in accord of Judge sentence guidelines 2015 Parole Terminate in accord of constitutional guidelines of Day for Day 50 percent. IDOC projecting my outdate 2016 Parole Terminate 2019 which is in error. Which would subject 5th 14th Amend Violation Article 1 & 2 of State constitution due process clause and double jeorpardy clause violation of U.S. constitution and State constitution Therefor civil liberties deprivation. Gov. Patrick Quinn O Director: Salvadoe Godinez, Warden Richard Young Clinical Services Supervisor Jeff Ervin Counsoler, Paul Vincent, Parole Board is the Cause of false imprisoment 4-2-12 MSR activates and Terminate in 3yr 4-2-15. 11yr 6 Physical incarcerated 3yrs MSR properly Applied without any Constitional deprivations.

There in Rest My Case.

Note: 49 mths

False Imprisonment:

7

RELIEF REQUESTED

(State what relief you want from the court.)

1) Monetary Compensation.
2) Criminal records expunged.
3) Mental Rehabilitation.
4) Physical Rehabilitation.
5) Psychological Treatment of Mental Condition.
6) Family Counseling Therapy.
7) Replace Personal Properties loss.
8) Compensation for Pain and Suffering.
9) Compensation loss of Proffessional Career.
10) Compensation for The Pain and Suffering of false Imprisonment

JURY DEMAND   Yes ☑   No ☐

Signed this __30__ day of __July__, 20__12__.

_Alvin Jones_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Alvin F Jones | B32186 |
| Address: Western Correction Ctr 2500 Rte 99 South MT. Sterling IL 62353 | Telephone Number: (217) 773-4441 |

scope of authority by unlawfully imposing extensions to sentences. " The Illinois Department of Corrections has no vested Authority to determing what law shall be, and intelligible standards to guide Administrative Agencies in rule making must be supplied by the legislature." <u>People ex. rel. Colletti v. Pate 31 Ill. 2d 354, 201 N.E. 2d 390.</u>

## ARGUMENT FOUR

### SENTENCES ILLUSTRATED ACCORDING TO THE LAW



As the Court can see, the full effect is given to 730 ILCS 5/3-6-3 as the statute is written, 50% of the set sentence receives day for day good conduct credits, 34.52% of set sentence is spent in physical custody, 1.19% is 90 days meritorious good time, and 14.29% is MSR. This clearly shows the sentence served at 100% as the statute dictates.

The following example will show the Court how the Illinois Department of Corrections has calculated the petitioner's sentence making the petitioner entitled to the relief sought through the "Great Writ" currently before this Court. The following shows just how grossly the Illinois Department of Corrections has misapplied the statutes governing sentence calculation, and violating the petitioner's Constitutional Rights by imprisoning petitioner more than 100% of the set sentence.

### SENTENCE ILLUSTRATED AS CALCULATED BY I.D.O.C.



As the Court can see, the Illinois Department of Corrections is not giving 730 ILCS 5/3-6-3 it's full effect as written per statute thus restraining a convicts inherent liberties longer than the set

```
                    ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE    1
                       OFFENDER TRACKING SYSTEM    RM     RUN DATE  06/20/12
                       OFFENDER CUSTODY HISTORY           RUN TIME  14.19.51
```

NAME: JONES, ALVIN                          IDOC #: B32786
DATE OF BIRTH:   06/08/1971                 CURRENT STATUS: IN CUSTODY
                                            CURRENT LOCATION : WESTERN ILLINOIS

RECORDED PERIODS OF IDOC INCARCERATION

| MVMT DATE | MVMT TYPE | PARENT INST |
|---|---|---|
| 08/16/2004 | ADMIT IN | STATEVILLE |
| 05/17/2001 | PAROLE OUT | PINCKNEYVILLE |
| 01/23/1998 | ADMIT IN | JOLIET |
| 11/19/1996 | DISCHARGE OUT | PONTIAC |
| 08/16/1996 | PAROLE OUT | PONTIAC |
| 09/22/1995 | ADMIT IN | JOLIET |
| 03/15/1994 | PAROLE OUT | MENARD |
| 05/01/1992 | ADMIT IN | JOLIET |

MITT/SENTENCE INFORMATION

```
                                                         CLASS  YR  MO  DAY
01C66150601  COOK       AGG VEH HIJACKING/PASS <16 YRS   CL:X  0029 00 0000
MITT ADMIT: 08/04/2009 SENT DATE: 07/01/2009  DISC/REM DATE:

97C66146901  COOK       MANU/DEL 15/+GR COCAINE/ANALOG   CL:X  0006 00 0000
MITT ADMIT: 01/23/1998 SENT DATE: 01/16/1998  DISC/REM DATE: 01/11/2003

97C66146901  COOK       CARRY/POSS FIREARM/PUBLIC/2ND    CL:3  0005 00 0000
MITT ADMIT: 01/23/1998 SENT DATE: 01/16/1998  DISC/REM DATE: 01/11/2003

98CR308      COOK       FELON POSS/USE WEAPON/FIREARM    CL:3  0002 00 0000
MITT ADMIT: 05/29/1998 SENT DATE: 05/06/1998  DISC/REM DATE: 01/11/2003

95C66073701  COOK       CONT. SUBS ACT-UNAUTH POSS       CL:4  0001 00 0000
MITT ADMIT: 09/22/1995 SENT DATE: 09/14/1995  DISC/REM DATE: 11/19/1996

91C66138301  COOK       ARMED ROBBERY                    CL:X  0006 00 0000
MITT ADMIT: 05/01/1992 SENT DATE: 04/24/1992  DISC/REM DATE: 08/18/1996
```

* THE CUSTODY HISTORY REPRESENTED IN THIS DOCUMENT IS TAKEN FROM THE
ELECTRONIC RECORDS MAINTAINED IN THE ILLINOS DEPARTMENT OF CORRECTIONS BASED ON
MASTER FILE PAPER RECORDS.  MASTER FILES FOR EACH OFFENDER ARE CURRENTLY KEPT
IN STORAGE AT DIFFERENT ILLINOIS DEPARTMENT OF CORRECTIONS FACILITIES AROUND
THE STATE BASED ON THE LOCATION OF THE OFFENDER UPON REACHING DISCHARGE FOR
THAT INCARCERATION FROM THE ILLINOIS DEPARTMENT OF CORRECTIONS.  THE ELECTRONIC
CUSTODY HISTORY DOCUMENT WAS CREATED IN AN EFFORT TO PROVIDE AN OVERVIEW OF THE
CUSTODY HISTORY OF AN OFFENDER, TO PROCESS THE REQUEST MORE EFFICIENTLY, TO
CUT THE COSTS, AND TO IMPROVE THE HANDLING TIME.

RECORD OFFICER/DESIGNEE: _____